**Opinion issued December 6, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00089-CR

———————————

**OSCAR REYES JUAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Case No. 1447076**

---

## MEMORANDUM OPINION

Appellant Oscar Reyes Juarez pleaded guilty to the third-degree felony offense of failing to stop and render assistance in a motor vehicle accident involving injury or death. *See* TEX. TRANSP. CODE § 550.021. Appellant pleaded guilty without an agreed recommendation from the State regarding punishment. After a pre-

sentence investigation hearing, the trial court sentenced appellant to 4 years' incarceration. Appellant filed a motion for new trial and a notice of appeal.

The trial court granted appellant's motion for new trial. Because there is no longer an appealable judgment of conviction, we have no jurisdiction over this appeal and can take no action other than to dismiss the appeal. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998); TEX. R. APP. P. 21.9(b) ("Granting a new trial restores the case to its position before the former trial . . . .").

We dismiss the appeal for want of jurisdiction. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle.
Do not publish.  TEX. R. APP. P. 47.2(b).